**SEALED**

1  ERIC H. HOLDER JR.
   Attorney General of the United States
2  JOSEPH P. RUSSONIELLO
   United States Attorney
3  DEBORAH R. DOUGLAS
   Special Attorney to the
4  United States Attorney General
   Northern District of California
5  1301 Clay Street, Suite 340S
   Oakland, California 94612
6  Telephone: (510) 637-3680

**FILED**

SEP 1 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   2:09-CR-0409 EJG
                                  )   CR. NO.
12              Plaintiff,        )
                                  )   ORDER TO SEAL
13         v.                     )   (UNDER SEAL)
                                  )
14 RONALD WESLEY GROVES, and      )
   DONALD CHARLES MANN,           )
15                                )
                Defendants.       )
16 _____)

    The Court hereby orders that the Indictment, the Petition of Deborah R. Douglas, Special Attorney to the United States Attorney General, to Seal Indictment, and this Order, in the above referenced case, shall be sealed until further order of the Court.

DATED: Sept. 17, 2009

                              _____
                              GREGORY G. HOLLOWS
                              HONORABLE GREGORY G. HOLLOWS
                              United States Magistrate Judge