


| | |
|---|---|
| 1 | ERIC H. HOLDER JR. |
| | Attorney General of the United States |
| 2 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 3 | DEBORAH R. DOUGLAS |
| | Special Attorney to the |
| 4 | United States Attorney General |
| | Northern District of California |
| 5 | 1301 Clay Street, Suite 340S |
| | Oakland, California 94612 |
| 6 | Telephone: (510) 637-3680 |

FILED
SEP 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
              Plaintiff,   )   2:09-CR-0409 EJG
        v.                 )
SEALED,                    )
              Defendants.  )
_____)

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: Sep. 17, 2009

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge