```
 1
 2
 3
 4
 5
 6                    IN THE UNITED STATES DISTRICT COURT
 7                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8  UNITED STATES OF AMERICA,
 9         Plaintiff,                    CR. NO. 07-0229-FCD GGH
10     vs.
11  RONALD W. GROVES, and
    DONALD C. MANN,
12
           Defendants.
13  _____/
14  UNITED STATES OF AMERICA,
15         Plaintiff,                    CR. NO. 09-0409- EGJ GGH
16     vs.
17
    RONALD WESLEY GROVES, and
18  DONALD CHARLES MANN,
19         Defendants.                   ORDER
20  _____/
```

21          On October 8, 2009, one of the sealing orders filed in each case by its terms sealed

22  all documents in the above captioned cases, and were mistakenly filed by the court. (Docket #s

23  79 in the 07-229 case, and 19 in the 09-409 case.) The undersigned intended to seal only those

24  documents specifically referenced in the other concurrently filed government's proposed sealing

25  orders (Docket #s 18 and 78 respectively), which listed specific documents.

26  \\\\\

                                            1

| | |
|---|---|
| 1 | During the years the undersigned has been magistrate judge, the undersigned has |
| 2 | observed with some question the practice of some AUSAs to file two proposed sealing orders |
| 3 | when one is all that is necessary to respond to a sealing request.  Henceforth, the undersigned |
| 4 | will only accept one proposed sealing order in which all the documents requested to be sealed are |
| 5 | specifically listed.  If all the documents in a case or matter are to be sealed until further order of |
| 6 | the court, something that often occurs, for example, in a search warrant or criminal complaint |
| 7 | application, the one order shall reflect that request. |
| 8 | Accordingly, IT IS ORDERED that the following sealing orders are vacated: |
| 9 | Docket # 79 in case number 07-cr-0229 FCD, and docket #19 in case number 09-cr-0409 EJG. |
| 10 | DATED: October 8, 2009 |
| 11 | /s/ Gregory G. Hollows |
| 12 | GREGORY G. HOLLOWS<br>U. S. MAGISTRATE JUDGE |
| 13 | GGH:076:07cr229.vac.wpd |