Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
RONALD GROVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br> vs. <br><br> RONALD WESLEY GROVES, et al., <br><br>                    Defendants. | No. 2:09-CR-0409 EJG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Deborah Douglas, Special Attorney to the United States Attorney General, attorney for plaintiff, Michael Hansen, attorney for defendant Ronald Groves, and Olaf Hedberg, attorney for defendant Donald Mann, and that the previously-scheduled status conference date of December 17, 2010, be vacated and the matter set for status conference on February 11, 2011.

The parties request the matter be continued to allow receipt and review of new discovery in the form of bank certifications.  In addition, defense counsel continues to review recently-provided jail conversation recordings (approximately 108 hours).  Finally, Ms. Douglas has a proceeding in District Court in Oakland on December 17, 2010, at 10:00 a.m.  It is the intention of the parties to set trial dates at the next status conference.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 11, 2011, should be excluded in

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: December 17, 2010							Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
RONALD GROVES

Dated: December 17, 2010							/S/ Olaf Hedberg
OLAF HEDBERG
Attorney For Defendant
DONALD MANN

Dated: December 17, 2010							U.S. ATTORNEY GENERAL'S OFFICE

/s/ Deborah Douglas
DEBORAH DOUGLAS
Special Attorney to the United States
Attorney General
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of December 17, 2010, be vacated and the matter set for status conference on February 11, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: December 16, 2010							/s/ Edward J. Garcia
									U. S. DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Status Conference**