Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
RONALD GROVES



FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-CR-0409 EJG C/EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND RESET TRIAL DATE; AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| vs. | |
| RONALD WESLEY GROVES, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Deborah Douglas and Jonathan Schmidt, Special Attorneys to the United States Attorney General, attorneys for plaintiff; Michael Hansen, attorney for defendant Ronald Groves; and Olaf Hedberg, attorney for defendant Donald Mann, that the previously-scheduled status conference date of February 11, 2011, be vacated, and that the matter be set for trial confirmation hearing on September 9, 2011, at 10:00 a.m., and for trial on September 26, 2011, at 8:30 a.m.

Counsel are preparing for trial of the companion case, USA v. Groves, et al., USDC, E.D. Cal., Case No. 2:07-CR-0229 KJM, which is set to commence on May 24, 2011, and is expected to last three weeks. All counsel have conferred and agree that a September trial date is appropriate given counsels' respective trial schedules. The parties request this matter be continued to allow adequate time for attorney preparation, as well as continuity of counsel.

Counsel and the defendants agree that time under the Speedy Trial Act from the date

**Stipulation and [Proposed] Order to Vacate Status Conference and Reset Trial Date**

this stipulation is lodged, through September 26, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

| | |
|---|---|
| Dated: February 8, 2011 | Respectfully submitted, |
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>RONALD GROVES |
| Dated: February 8, 2011 | /s/ Michael E. Hansen for<br>OLAF HEDBERG<br>Attorney For Defendant<br>DONALD MANN |
| Dated: February 8, 2011 | U.S. ATTORNEY GENERAL'S OFFICE |
| | /s/ Michael E. Hansen for<br>DEBORAH DOUGLAS<br>Special Attorney to the United States<br>Attorney General<br>Attorney for Plaintiff |
| Dated: February 8, 2011 | U.S. ATTORNEY GENERAL'S OFFICE |
| | /s/ Michael E. Hansen for<br>JONATHAN SCHMIDT<br>Special Attorney to the United States<br>Attorney General<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of February 11, 2011, be vacated, and the matter set for trial confirmation hearing on September 9, 2011, at 10:00 a.m., and trial on September 26, 2011, at 8:30 a.m. Time is excluded through September 26, 2011, in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: 2/10/11

EDWARD J. GARCIA
United States District Judge

**Stipulation and [Proposed] Order to Vacate Status Conference and Reset Trial Date**