1  BENJAMIN WAGNER
   United States Attorney
2
   JOHN VINCENT
3  Chief, Criminal Division

4  C. DAVID HALL
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7168
7
   Attorneys for Plaintiff
8

9                          UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                             SACRAMENTO DIVISION

12

13  UNITED STATES OF AMERICA,          )      No. 209-CR-0409 JAM
                                       )
14        Plaintiff,                   )      STIPULATION OF COUNSEL TO
                                       )      CONTINUE TRIAL DATE OF
15     v.                              )      DECEMBER 5, 2011 AND EXCLUDE
                                       )      TIME UNDER THE SPEEDY TRIAL ACT
16  RONALD WESLEY GROVES, and          )
    DONALD CHARLES MANN                )
17                                     )
          Defendants.                  )
18

19      The parties stipulate and agree that the jury trial set for December 5, 2011 before United

20  States District Court Judge John A. Mendez should be continued to January 9, 2012, at 9 a.m.

21  Further the parties agree and stipulate that the trial confirmation hearing of November 8, 2001, be

22  continued until December 13, 2001 at 3 p.m.  The parties further stipulate and agree that the ends

23  of justice are served by the Court granting a continuance from December 5, 2011, to January 9,

24  2012, because government counsel is in jury trial currently and expects that trial to continue past

25  December 5, 2011 and defense counsel Olaf Hedberg also has a trial scheduled in conflict with

26  the set trial in this matter.  The parties ask that the Court find that this interest of justice

27  outweighs the interest of the public and the defendants in a speedy trial, in accordance with Title

28  //

STIP AND PROPOSED ORDER
No. 209-CR-0409 JAM

1  18, § 3161(b) and (h)(8)(A) for the continuity of counsel.

2

3  DATED:  October 31, 2011.

4                                                              Respectfully submitted,

5

6                                                   _____/s/_____
                                                    C David Hall
7                                                   Special Assistant United States Attorney
                                                    Eastern District of California
8

9  SO STIPULATED:

10  DATED:

11

12  _____/s/_____
    Olaf W. Hedberg
13  Attorney for Defendant Mann

14

15  _____/s/_____
    Michael E. Hansen
16  Attorney for Defendant Groves

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,          )        No. CR 209-CR-0409 JAM
11                                 )
        Plaintiff,                 )
12                                 )
     v.                            )           ORDER
13                                 )
RONALD GROVES, and                 )
14  DONALD MANN                    )
                                   )
15         Defendants.             )
16  _____)

17
        GOOD CAUSE APPEARING, the Court finds that:
18
        1. So that the parties may review discover and continuity of counsel can be maintained
19
because of Attorneys Hall and Hedberg unavailability during the week set for trial of December
20
5, 2011, the ends of justice served by the granting of this continuance outweighs the interest of
21
the public and the defendant in a speedy trial, in accordance with 18 U.S.C. § 3161 (h)(8)(A).
22
        2. IT IS THEREFORE ORDERED that the jury trial in the above entitled matter is continued
23
to January 9, 2012, at 9 a.m, and a new trial confirmation hearing is set for December 13, 2011 at
24
3 p.m., and the period of this continuance from December 5, 2011 until January 9, 2012 shall be
25
//
26
27
//
28

STIP AND PROPOSED ORDER
No. 209-CR-0409 JAM                        3

1

2 excluded for the purposes of computing the time within the Speedy Trial Act.

3 SO ORDERED.

4

5 DATED:   10/31/2011

6                                        /s/ John A. Mendez
                                         JOHN A. MENDEZ
7                                        United States District Court Judge

8

9

10 ,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND PROPOSED ORDER
No. 209-CR-0409 JAM                              4