Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
RONALD GROVES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RONALD GROVES,<br><br>                Defendant. | No. 2:09-CR-00409 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR EARLY RELEASE PENDING SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Brigid Martin, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Ronald Groves, that the previously-scheduled motion hearing date of February 26, 2013, be vacated and the matter set for motion hearing on March 19, 2013, at 9:45 a.m.

This continuance is requested because defendant's motion for early release pending sentencing in Case No. 2:07-CR-00229-KJM will not be heard until March 13, 2013.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 25, 2013                              Respectfully submitted,

                                                                              /s/ Michael E. Hansen
                                                                              MICHAEL E. HANSEN
                                                                              Attorney for Defendant
                                                                              RONALD GROVES

Dated: February 25, 2013

MELINDA HAAG
United States Attorney

By: /s/ Michael E. Hansen for
BRIGID S. MARTIN
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

The Court orders that the February 26, 2013, motion hearing date shall be continued until March 19, 2013, at 9:45 a.m.

**IT IS SO ORDERED**.

Dated: 2/25/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

**Stipulation and [Proposed] Order to Continue Motion Hearing**