KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94661-0082
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD GROVES,

    Defendant.

ORDER APPOINTING COUNSEL

09 CR 409-JAM

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT attorney Karen L. Landau is appointed to represent defendant Ronald Groves on appeal to the United States Court of Appeals for the Ninth Circuit,

Dated: March 25, 2013

                                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Court Judge