KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)
Email: karenlandau@karenlandau.com

Attorney for Ronald Groves

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-409-JAM |
| Plaintiff, | ORDER DIRECTING COURT REPORTER TO PREPARE AND PRODUCE TO APPELLATE COUNSEL TRANSCRIPTS OF PROCEEDINGS CURRENTLY UNDER SEAL |
| vs. | |
| RONALD GROVES, | |
| Defendant. | |

GOOD CAUSE APPEARING, Court Reporter Kelly O'Halloran prepare and deliver to Karen L. Landau, appellate counsel under appointment by the United States Court of Appeals for the Ninth Circuit, a complete and full copy of the transcript of the proceedings heard in this matter currently filed under seal.

IT IS SO ORDERED.

Dated: May 1, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-1-